IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

---------------------------------------------------------------x
THE UNITED STATES OF AMERICA :
        Plaintiff, :    Case No. 3:19-cr-79
   vs. :
      :
**Jahkiebo Joseph** :
        Defendants. :
---------------------------------------------------------------x

## WAIVER OF APPEARANCE FOR ARRAIGNMENT

    Defendant, Jahkiebo Joseph, pursuant to Fed. R. Crim. P. 10(b) waive my appearance at my arraignment on the Third Superseding Indictment (Doc. # 555) in the above-styled case. I, Jahkiebo Joseph, am charged by indictment with offenses under the United States Code, in counts 1, 2, 5, 6, 7, 8.

    I have received a copy of the Third Superseding Indictment and the plea is NOT GUILTY to the charged offenses. I also dispute the forfeiture allegation contained in the Indictment and demand a public and speedy trial by jury.

    I am aware that I have the right under Rule 10 of the Federal Rules of Criminal Procedure to be present in court for my arraignment. I waive my right to appear in court at my arraignment.

_9/19/23_
Date

_[signature]_
Defendant (Original Signature)

_9/19/23_
Date

_[signature]_
Counsel for Defendant (Signature)

___ Waiver Approved/___ Waiver Denied

_____
Date

_____
Judicial Officer (Signature)