IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 3:19-79 |
| | : | |
| IVAN JAMES, KAI JAMES, JOH WILLIAMS, MALACHI BENJAMIN, TILLISA CEASER, JAHKIEBO JOSEPH, ARIEL PETERSON | : : : : | |

## ORDER

AND NOW, this 7th day of December 2023, noting the filing of information for our review under seal without a showing of particularized harm consistent with *In re Avandia Marketing*,[1] and guided by Chief Judge Connolly's analysis incorporating in large part Special Master Smolla's reasoning in *In re Storag Etzel GmbH*,[2] it is **ORDERED** a party seeking to seal information filed for a public servants' review shall hereafter strictly comply with our Policies on sealing and, no later than **December 15, 2023, show cause** in Memoranda why we should not lift or modify the seal on presently sealed information by demonstrating particularized harm for precluding public access (including at ECF Nos. 278, 279, 404, 432, 486, 498, 645, and 655) mindful we will seal the names and addresses of witnesses in a criminal trial testifying under a grant of immunity or cooperation plea or who are at risk of public danger as well as certain medical information or highly confidential personal disclosures unrelated to a charge or defense.

KEARNEY, J.

---

[1] *In re Avandia Mktg., Sales Pracs. & Prod. Liab. Litig.*, 924 F.3d 662, 672 (3d Cir. 2019).

[2] No. 19-mc-209-CFC, 2020 WL 2915781 (D. Del. June 3, 2020) *adopting except for the First Amendment analysis,* 2020 WL 2949742 (D. Del. Mar. 25, 2020).